**E-FILED**
Wednesday, 21 September, 2005  08:30:49 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EUGENE HAYWOOD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 04-1351 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

This matter is now before the Court on Petitioner, Eugene Haywood's ("Haywood"),

Motion for Certificate of Appealability from the denial of his Motion to Vacate, Set Aside,

or Correct Sentence pursuant to 28 U.S.C. § 2255.  For the reasons set forth below, the

Motion [#17] is DENIED.

### DISCUSSION

As amended by the Antiterrorism and Effective Death Penalty Act of 1996, 28

U.S.C. § 2255 now requires the issuance of a certificate of appealability prior to

obtaining appellate review.  A certificate may only issue if the applicant makes a

substantial showing of the denial of a constitutional right.  The certificate must specify

what issue(s) merit appellate review.

In denying Haywood's § 2255 motion, the Court found that three of his seven

claims were constitutional issues that could have been, but were not, raised on direct

appeal.  Such claims were barred from consideration based on his failure to demonstrate

both cause and actual prejudice.  Furthermore, his ineffective assistance of counsel claims

were without merit, as they were flatly contradicted by a sworn affidavit from his trial

counsel, and Haywood did not even come close to establishing either that the performance by counsel fell below an objective standard of reasonableness or that, but for counsel's decision, the outcome of his trial would have been different.

In considering whether a certificate of appealability should issue, the Court cannot find that Haywood has made a substantial showing of the denial of a constitutional right, as no claims raised before this Court come close to presenting issues debatable among jurists of reason under the present state of the law. Finding no issue in this proceeding which warrants appellate review, the Court cannot in good faith issue a certificate of appealability for Haywood's § 2255 Motion. Accordingly, his Motion for Certificate of Appealability [#17] is DENIED.

ENTERED this 20th day of September, 2005.


s/ Michael M. Mihm
Michael M. Mihm
United States District Judge